IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>KEITH FOX,<br><br>      Defendant. | 8:24CR4<br><br>ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |

  The defendant appeared before the Court on April 17, 2024 regarding Petition for Action on Conditions of Pretrial Release [32]. Kenneth Jacobs represented the defendant. Kimberly Bunjer represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

  The defendant denied violating release conditions (d) and (h). The government requests an order of revocation and detention. The defendant requested a continuance which was granted. A revocation and detention hearing is scheduled before Magistrate Judge Michael D. Nelson in Courtroom 6, 2nd Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, on Wednesday, April 24, 2024 at 11:00 a.m.

  **IT IS SO ORDERED**.

  Dated this 17th day of April, 2024.

                    BY THE COURT:

                    s/ Michael D. Nelson
                    United States Magistrate Judge