IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>KEITH FOX,<br><br>           Defendant. | **8:24CR4**<br><br>**ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** |

The defendant appeared before the Court on May 10, 2024 for his disposition hearing and detention hearing. Jerry Hug represented the defendant. Kimberly Bunjer represented the government. The defendant was previously advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

The defendant denied violating release conditions (d) and (h). The government requested an order of revocation and detention. The defendant requested release on present or amended conditions. The Court took judicial notice of the petition and violation report. Both parties were given an opportunity to present evidence and make argument. After consideration of the parties' evidence and arguments, the Court does not find there is probable cause that a crime was committed or clear and convincing evidence that a condition was violated. Therefore, the Court finds the defendant has not violated the Order Setting Conditions of Release [25]. The defendant shall be released on the current terms and conditions of supervision.

**IT IS SO ORDERED**.

Dated this 10th day of May, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge