IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:24CR4 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| KEITH FOX, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

    This matter is before the Court on defendant's Unopposed Motion to Continue Trial [50]. The parties require additional time to complete plea negotiations. For good cause shown,

    **IT IS ORDERED** that the Unopposed Motion to Continue Trial [50] is granted, as follows:

1. The jury trial, now set for July 2, 2024, is continued to **August 6, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 6, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED: June 18, 2024**

                                                  BY THE COURT:

                                                  s/ Michael D. Nelson
                                                  **United States Magistrate Judge**